UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

APALACHICOLA RIVERKEEPER,                    CIVIL ACTION
    Plaintiff

VERSUS                                       NO. 12-337

TAYLOR ENERGY                                SECTION "E" (4)
COMPANY L.L.C., ET AL.,
    Defendants

## ORDER

On September 3, 2015, the parties to this matter filed a Joint Notice of Settlement, indicating that a settlement agreement had been reached.[1] The parties noted that the settlement agreement would be submitted to the United States Government and the United States Government Citizen Suit Coordinator for further approval.

Accordingly;

**IT IS ORDERED** that this case be **STAYED** and **ADMINISTRATIVELY CLOSED**, pending a final conclusion of the settlement. Any party may file a motion to re-open the case for the purpose of filing a joint motion to dismiss within 30 days after final approval is given by the United States Government, or if no final approval is received, settlement is reached under Section 6 of the Settlement Agreement, which is attached to the Joint Notice of Settlement.[2]

**New Orleans, Louisiana, this 8th day of September, 2015.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 338.
[2] *See* R. Doc. 338; R. Doc. 338-1 at 2.